**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1798**

KOFFI STEVE RAOUL DAGBA,

　　　　　　Petitioner,

　　　v.

MICHAEL B. MUKASEY, Attorney General,

　　　　　　Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.　(A97-198-597)

Submitted:　April 21, 2008　　　　　　Decided:　May 1, 2008

Before KING, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Oti W. Nwosu, THE LAW OFFICE OF OTI W. NWOSU, Arlington, Virginia,
for Petitioner. Peter D. Keisler, Assistant Attorney General,
Stephen J. Flynn, Senior Litigation Counsel, Arthur L. Rabin,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Koffi Steve Raoul Dagba, a native and citizen of Togo, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider the denial of his motion to reopen removal proceedings. We have reviewed the administrative record and Dagba's claims and find no abuse of discretion in the denial of the motion to reconsider. See 8 C.F.R. § 1003.2(a), (b) (2007).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED